AO 93 (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT

for the

District of Puerto Rico

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>One USPS Priority Mail parcel with label affixed to it<br>bearing tracking 9505 5147 8464 9079 0809 73 | )<br>)<br>) Case No. 19-600(M)<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____judicial_____ District of _____Puerto Rico_____
*(identify the person or describe the property to be searched and give its location)*:
One USPS Priority Mail parcel with label affixed to it bearing tracking #9505 5147 8464 9079 0809 73 .

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:
Controlled substances, materials and documents reflecting the distribution of controlled substances through the U.S. Mails, including money and/or monetary instruments consisting of payment and/or proceeds relative to the distribution of controlled substances.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before _____4/4/19_____
*(not to exceed 14 days)*

☑ in the daytime  6:00 a.m. to 10 p.m.     ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ~~United States Magistrate Judge on duty~~ Clerk's office
*(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*  ☐ for _____ days *(not to exceed 30).*
                                                                                          ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:   MAR 2 1 2019   2:54 pm
                        SAN JUAN, PUERTO RICO                              _____
                                                                                    *Judge's signature*

City and state:         _____   CAMILLE L. VELEZ-RIVE
                                                             U.S. MAGISTRATE JUDGE
                                                             *Printed name and title*

AO 93  (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>19-600 (M) | Date and time warrant executed:<br>3/21/2019      4:48 PM | Copy of warrant and inventory left with:<br>USPIS San Juan Field Office |

Inventory made in the presence of :    Veronica Martinez

Inventory of the property taken and name of any person(s) seized:

Concealed inside a speaker was found
(1) brick of a white powdery substance
that field tested positive to the
presence of cocaine.
Approximate weight 1045 grams.

---

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:    3/21/2019

_____
Executing officer's signature

Arelis Rivera, U.S. Postal Inspector
Printed name and title